UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                             :

ABBOT LABORATORIES,  :

                           Plaintiff,      :

                                                    :       18 Civ. 8468 (LGS)

                  -against-              :       19 Civ. 600 (LGS)

                                                    :

NANCY FEINBERG et al.,  :       <u>ORDER</u>

                                                    :

                                Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 4, 2020, the Court issued an Opinion and Order, concluding that New York's statute of limitations governs Plaintiff's replevin claim and that the claim is timely, and therefore denying Defendants' choice-of-law motion (Dkt. No. 112). It is hereby

      **ORDERED** that the parties shall file a letter by **August 14, 2020**, proposing next steps for the case.

Dated: August 10, 2020
       New York, NY

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**