UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   ABBOTT LABORATORIES,
                              Plaintiff,

                                                18 Civ. 8468 (LGS)
                -against-                  19 Civ. 600 (LGS)

   NANCY FEINBERG et al.,                    <u>ORDER</u>

                             Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this case is in second place on the Court's October 2020 trial-ready calendar and the bench trial will begin on **October 26, 2020**, or the Court's first available date thereafter (Dkt. No. 118).  It is hereby

       **ORDERED** that the Final Pretrial Conference will be held on **October 14, 2020, at 11:00 a.m.**  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  It is further

       **ORDERED** that if, per the parties' **September 9, 2020**, submissions (Dkt. No. 118), any part of the trial will be conducted virtually, the parties shall: (1) by **September 14, 2020**, contact Courtroom Deputy James Street at (212) 805-4553 to schedule a walkthrough of the technology the parties intend to use to hold the trial virtually (the "Virtual Trial Technology") and (2) by **September 28, 2020**, conduct such walkthrough.  It is further

       **ORDERED** that if any part of the trial will be conducted virtually, then the Final Pretrial Conference will be held using the Virtual Trial Technology, and the parties shall file a letter

setting forth the logistics of such conference by **October 7, 2020**.  If no part of the trial is to be conducted virtually, the Final Pretrial Conference will be conducted telephonically on the following conference call line:  888-363-4749, access code: 558-3333.


Dated: September 4, 2020
      New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE