

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806        www.pryorcashman.com

The application is GRANTED.  Defendants may file their Pretrial Memorandum of Law in redacted form and under seal.  The Court has reviewed the materials, and the proposed redactions are narrowly tailored to prevent the disclosure of information that could impair the value of the artwork at issue, as well as other artworks.  *See, e.g., CSL Silicones, Inc. v. Midsun Grp. Inc.*, No. 14 Civ. 1897, 2017 WL 4750701, at *4 (D. Conn. July 12, 2017) (allowing for redactions of "commercially sensitive" information).

SO ORDERED

Dated:  October 2, 2020
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:  *Abbott Laboratories v. Feinberg*, Consolidated Case No. 18 Civ. 8468 (LGS) (Related Former Case No. 19 Civ. 600 (LGS)) (the "Action")

Dear Judge Schofield:

We represent Defendants Nancy Feinberg, Hope Feinberg Schroy, and David Feinberg as co-executors of the Estate of Carol Feinberg ("Defendants") in the above-referenced Consolidated Action.  Pursuant to Section I.D.3. of Your Honor's Individual Rules and Procedures for Civil Cases, we write to respectfully request the Court's permission to file Defendants' Pretrial Memorandum of Law in redacted form and under seal.

At Plaintiff Abbott Laboratories' request, the Court has permitted sealed filings with respect to the identity of certain artworks relevant to this Action. Out of respect to those filings, Defendants are seeking permission to file their Pretrial Memorandum of Law in redacted form and under seal.

Respectfully submitted,

Kaveri Arora

Cc:  All counsel of record (via ECF)