UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                             :
ABBOTT LABORATORIES,                             :
                         Plaintiff,       :
                                                  :         18 Civ. 8468 (LGS)
                  -against-             :         19 Civ. 600 (LGS)
                                                 :
NANCY FEINBERG et al.,                     :             <u>ORDER</u>
                                                 :
                        Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 2, 2020, Defendants filed a letter motion objecting to three trial witnesses identified by Plaintiff in the parties' joint final pretrial order (Dkt. No. 147), and on October 6, 2020, Plaintiff filed a response (Dkt. No. 149).  It is hereby

       **ORDERED** that Karmin Maritato may testify at trial as to (1) matters within her personal knowledge and (2) information contained in business records, so long as she is qualified to interpret the records and the records themselves are admitted into evidence pursuant to a hearsay exclusion or exception.  It is further

       **ORDERED** that Patrick Maxton may testify at trial, and that Defendants may take a deposition of Mr. Maxton, not to exceed seven hours, at a mutually agreeable time in advance of his trial testimony.  It is further

       **ORDERED** that David Feinberg may testify at trial regarding non-privileged information relevant to Defendants' defense of laches, i.e., when he had information relating to Abbott's claim to the painting and what, if any, steps he took in response.

Dated: October 7, 2020
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE