UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ABBOTT LABORATORIES,                                          :
                                    Plaintiff,                :
                                                              :   18 Civ. 8468 (LGS)
                   -against-                                  :   19 Civ. 600 (LGS)
                                                              :
NANCY FEINBERG et al.,                                        :   <u>ORDER</u>
                                                              :
                                    Defendants.               :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the bench trial in this case was adjourned sine die per the October 14, 2020, Order (Dkt. No. 154).  It is hereby

**ORDERED** that the bench trial will begin on **November 9, 2020, at 9:45 a.m.**, or the Court's first available date thereafter. It is further

**ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after November 9, 2020.  The parties are reminded that their revised exhibit lists, joint letter and joint deposition designations (Dkt. No. 154) are due seven days prior to trial, or **November 2, 2020**.

Dated:  October 15, 2020
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE