```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  ABBOTT LABORATORIES,                                        :
                                    Plaintiff,                :
                                                              :   18 Civ. 8468 (LGS)
                    -against-                                 :   19 Civ. 600 (LGS)
                                                              :
  NANCY FEINBERG et al.,                                      :   ORDER
                                                              :
                                    Defendants.               :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the Order, dated October 14, 2020, directed the parties to submit letters setting forth their positions and any proposed measures for maintaining confidential during trial the name of the artist, the artwork at issue and the names of other artworks not at issue allegedly stolen from Plaintiff (Dkt. No. 154).

    WHEREAS the parties agree that any allegedly-stolen artworks not at issue should not be referred to by name, but dispute whether the painting and artist at issue may be referred to by name (Dkt. Nos. 157, 158).

    WHEREAS narrowly-tailored limitations are appropriate to preserve the value of the artwork at issue. *See, e.g.*, *CSL Silicones, Inc. v. Midsun Grp. Inc.*, No. 14 Civ. 1897, 2017 WL 4750701, at *4 (D. Conn. July 12, 2017) (allowing for redactions of "commercially sensitive" information). Accordingly, it is hereby

    **ORDERED** that at trial, the painting at issue shall be referred to as the "Painting," the

artist at issue shall be referred to as the "Artist" and the copy of the Painting at issue shall be referred to as the "Copy."  In the event the parties discuss allegedly stolen artworks not at issue, they shall be referred to as the "Other Abbott Works."


Dated: October 21, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**