UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   ABBOTT LABORATORIES,
                           Plaintiff,

                                                             18 Civ. 8468 (LGS)
               -against-                     19 Civ. 600 (LGS)

   NANCY FEINBERG et al.,                    ORDER

                            Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the bench trial in this matter will commence on **November 9, 2020, at 10:00 a.m.**

      WHEREAS, the trial will be conducted virtually. It is hereby

      **ORDERED** that by **November 5, 2020**, the parties shall file a letter setting forth the logistics of the RemoteDepo technology that will be used at trial (*see, e.g.*, Dkt. No. 151).

Dated: November 4, 2020
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**