UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
          :
ABBOTT LABORATORIES,          :
                    Plaintiff,   :
          :     18 Civ. 8468 (LGS)
           -against-          :     19 Civ. 600 (LGS)
          :
NANCY FEINBERG et al.,          :     <u>ORDER</u>
          :
                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      The public may observe the remote bench trial in this matter, starting November 9, 2020, at 10:00 a.m., on the following line: 855-896-8680, access code 2785840#.

Dated: November 6, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**