UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    ABBOTT LABORATORIES,
                               Plaintiff,

                          18 Civ. 8468 (LGS)
          -against-                  19 Civ. 600 (LGS)

    NANCY FEINBERG et al.,               ORDER

                             Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated October 21, 2020, required the parties to refer to the painting at issue as the "Painting," the artist at issue as the "Artist" and the copy of the Painting at issue as the "Copy" at trial (Dkt. No. 159).  It is hereby

**ORDERED**, that by **December 3, 2020**, each party shall file a letter not to exceed three pages explaining the legal and factual bases for their objection (if any) to disclosure of the name of the Artist and title of the Painting in the Court's findings of fact and conclusions of law.

Dated: December 2, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**