**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ABBOTT LABORATORIES,

                Plaintiff                                     18 **CIVIL** 8468 (LGS)
                                                                19 **CIVIL** 600 (LGS)
             -against-                                     **JUDGMENT**

NANCY FEINBERG et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated December 9, 2020, Plaintiff has demonstrated that it has superior title to Maine Flowers, and thus prevails on its declaratory judgment and replevin claims. Plaintiff has marketable title to Maine Flowers, free of any claims by Defendants, judgment is hereby entered for Plaintiff.

**Dated:**  New York, New York
             December 10, 2020

                                                                       **RUBY J. KRAJICK**
                                                               _____
                                                                  **Clerk of Court**
                                         **BY:**
                                                             _____
                                                                    **Deputy Clerk**